# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126916

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

V

JOHN ADAMY,
      Defendant-Appellant.

SC: 126916
COA: 255594
Wayne CC: 00-007736-01

_____

## AMENDMENT TO ORDER

On order of the Court, the order of September 21, 2005 is amended to correct a clerical error by amending the text thereof to read as follows:

"By order of February 28, 2005, the application for leave to appeal was held in abeyance pending the decision in People v Hendrick (Docket No. 126371). On order of the Court, the opinion having been issued on June 14, 2005, 472 Mich 555 (2005), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Wayne County Circuit Court and REMAND to that court for resentencing in light of Hendrick and People v Babcock, 469 Mich 247 (2003)."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2005

_____
Clerk